*In re Parental Rights to R.M.P.*, No. 92887-8. Motion for discretionary review of a decision of the Court of Appeals, No. 32829-5-III, December 15, 2015, 191 Wn. App. 743. *Denied* June 1, 2016.

State, Respondent, v. Harris, Petitioner, No. 92758-8. Petition for review of a decision of the Court of Appeals, No. 46629-5-II, December 14, 2015. *Denied* June 1, 2016.

*State, Respondent, v. Rooney, Petitioner*, No. 92472-4. Petition for review of a decision of the Court of Appeals, No. 46236-2-II, October 13, 2015, 190 Wn. App. 653. *Denied* June 2, 2016.

*State, Respondent, v. Hancock, Petitioner*, No. 92550-0. Petition for review of a decision of the Court of Appeals, No. 46149-8-II, October 27, 2015, 190 Wn. App. 847. *Denied* June 2, 2016.

*State, Respondent, v. Parks, Petitioner*, No. 92571-2. Petition for review of a decision of the Court of Appeals, Nos. 26476-9-III and 27294-0-III, October 29, 2015, 190 Wn. App. 859. *Denied* June 2, 2016.

*In re Pers. Restraint of Flippo, Petitioner*, No. 92616-6. Motion for discretionary review of a decision of the Court of Appeals, No. 33619-1-III, November 24, 2015, 191 Wn. App. 405. *Granted* May 18, 2016.

*State, Respondent, v. Houston-Sconiers et al., Petitioners*, No. 92605-1. Petitions for review of a decision of the Court of Appeals, Nos. 45374-6-II, 47085-3-II, and 45414-9-II, November 24, 2015, 191 Wn. App. 436. *Granted* June 29, 2016.